

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the matter of the Estate of
Evelyn B. Coker, deceased,

Vs. No. 11-15-00203-CV

\* From the 32nd District
Court of Nolan County,
Trial Court No. 19578.

\* September 10, 2015

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has considered Cynthia Anne Brooks's motion for withdrawal of her notice of appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Cynthia Anne Brooks, as independent administratrix of the Estate of Evelyn B. Coker.